```
1  Royal F. Oakes (80480), roakes@barwol.com
   Robert K. Renner (155283), rrenner@barwol.com
2  Sara A. Maunder (238104), smaunder@barwol.com
   BARGER & WOLEN LLP
3  19800 MacArthur Boulevard, 8th Floor
   Irvine, California 92612
4  (949) 757-2800 / Fax (949) 752-6313

5  Attorneys for Defendant
   Metropolitan Life Insurance Company
6
```

VIA FAX FILED 06 SEP 18 AM 9:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RENO II, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, a California Corp., aka METLIFE DISABILITY, and DOES I - XX, Inclusive, <br><br> Defendants. | CASE NO.: 06 CV 1862 H(LSPx) <br><br> STIPULATION OF COUNSEL FOR A THREE-WEEK EXTENSION OF TIME WITHIN WHICH DEFENDANT MAY RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER <br><br> Complaint Filed: August 14, 2006 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE CA 92612
(949) 757-2800

n:\office7\7197\160\06pleadings\03 stipulation for extension.doc

Dockets.Justia.com

      Plaintiff Donald Reno II ("Reno") and Defendant Metropolitan Life Insurance Company ("MetLife"), by and through their respective counsel, hereby stipulate to extend the time within which MetLife may answer or otherwise respond to Reno's Complaint filed in the San Diego County Superior Court on August 14, 2006, served upon MetLife on August 17, 2006 and removed to this Court on September 14, 2006 based upon federal question jurisdiction.

      As set forth in its removal pleadings, MetLife submits that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), because Reno's claim for long-term disability benefits relates to the employee welfare benefit plan established, maintained and sponsored by Reno's employer, Siemens Corporation. MetLife further submits that Reno's two state-law causes of action alleged in his Complaint are both preempted by ERISA.

      At present, MetLife's responsive pleading is otherwise due on September 21, 2006 (five days after removal), and MetLife currently plans to file a motion to dismiss. However, so that counsel for Reno has sufficient time to review MetLife's removal documents and evaluate whether he will concede ERISA's application to this case and preemption of his client's causes of action, the parties hereby stipulate that MetLife shall have an additional three weeks, until October 12, 2006, in which to file its responsive pleading.

      By that time, the parties expect that Reno will either file an Amended Complaint to eliminate the state-law causes of action advanced in the current Complaint and to frame a claim for benefits exclusively under ERISA, or MetLife will file its responsive pleading.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE CA 92612
(949) 757-2800

-1-

1  Good cause exists for this extension, so that the Court's calendar and
2  resources are not burdened by a motion that might be obviated through the
3  discussions between counsel. In addition, this extension is warranted so that the
4  parties do not spend the time and resources to respond to a Complaint that may be
5  superseded by an amended pleading.

7  IT IS SO STIPULATED.

9  DATED: September 15, 2006          LAW OFFICES OF JOSEPH REGO

11 By: /s/ Joseph Rego
12     JOSEPH REGO
       Attorneys for Plaintiff
13     Donald Reno II

15 DATED: September 15, 2006          BARGER & WOLEN LLP

17 By: /s/ Sara A. Maunder
       ROBERT K. RENNER
18     SARA A. MAUNDER
       Attorneys for Defendant
19     Metropolitan Life Insurance Company

21                    ORDER

22  Pursuant to the stipulation of the parties and good cause appearing, Defendant
23  Metropolitan Life Insurance Company shall have an additional three weeks in which
24  to answer or otherwise respond, such that a pleading filed on or before October 12,
25  2006 shall be deemed timely.

27 DATED: 9/15/06                     /s/ Marilyn L. Huff
                                      THE HONORABLE MARILYN L. HUFF